DONALD L. FRANCO *v.* PETER SANTINO ET AL.

The plaintiff's for certification for appeal from the Appellate Court (AC 18298) is denied.

*Kenneth A. Votre,* in support of the petition.

Decided September 15, 1998

ROSEMARY YOUNG *v.* DOUGLAS YOUNG ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 18387) is granted, limited to the following issues:

"1. Whether the defendants' motion to reargue pursuant to Practice Book § 11-11 tolled the appeal period until the denial of that motion?

"2. Whether, under the circumstances surrounding this case, the defendants' failure to post a bond within five days of the entry of judgment formed a proper basis for the dismissal of the defendants' appeal?"

The Supreme Court docket number is SC 16000.

*Gary A. Mastronardi,* in support of the petition.

Decided September 15, 1998